**Timothy K. SHIELDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62922.**

Missouri Court of Appeals,
Western District.

April 13, 2004.

Vanessa Caleb, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars and Evan J. Buchheim, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Timothy K. Shields appeals the denial of his Rule 24.035 motion without having

been granted an evidentiary hearing. We affirm. Rule 84.16(b).